AGOSTINI, APPELLANT, *v.* REGISTRAR OF MAYAGÜEZ, RESPONDENT.

APPEAL from a Decision of the Registrar of Property Refusing to Record a Deed of Sale.

No. 348.—Decided December 18, 1917.

POWER OF ATTORNEY—SALE OF PROPERTY—IDENTIFICATION.—A special power of attorney purporting to authorize the sale of a single piece of property as belonging to the principal and containing a mere general reference thereto as being situated on a certain street, does not sufficiently identify the same, no matter how ample may be the words giving the authority to sell the property.

PUBLIC DOCUMENT—DEFECT—AFFIDAVIT.—An affidavit is not the proper way to remedy a defect in a public document.

The facts are stated in the opinion.
*Mr. Angel A. Vázquez* for the appellant.
The respondent appeared by brief *pro se.*
MR. JUSTICE WOLF delivered the opinion of the court.
In this administrative appeal we agree with the registrar that in a power of attorney purporting to authorize the sale

of a single piece of property as belonging to the grantor, a mcre general reference thereto as situated on Méndez Vigo Street in Mayagüez does not sufficiently identify the same, no matter how ample the words giving the right to sell such property may be.

In a way the appellant realized that the power was defective, for she offered to the registry an affidavit purporting to cure the defect. We have frequently decided that an affidavit is not the proper way to remedy a defect of a public document.

We do not think that the defect of not describing the source of the title is important, provided the property is otherwise sufficiently identified.

The note of the registrar must be

· Affirmed.

Justices del Toro and Hutchison concurred.
Chief Justice Hernández and Justice Aldrey absent.